IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,        No. CIV S-04-0892 DFL DAD P

    vs.

JIM HAMLET, Warden, et al.,

    Respondents.        <u>ORDER</u>

                                    /

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's May 16, 2005 application for enlargement of time is granted.

2. On or before June 16, 2005, petitioner shall file and serve either:

    (a) a statement that petitioner will stand on his existing petition; such a statement may be accompanied by supplemental points and authorities in support of the existing petition; or

    (b) a motion for leave to amend, accompanied by a proposed amended petition that contains exhausted claims only; such a motion may be joined with a motion to stay this action pending exhaustion of additional claims; all motions shall be noticed for hearing before the undersigned and shall be briefed in accordance with Local Rule 78-230(a)-(d).

DATED: May 17, 2005.

*Dale A. Drozd*
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
john0892.ext