VICTOR S. HALTOM
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
KEVIN B. JOHNSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,                    No. CIV S-04-0892 DFL DAD P

    vs.

JIM HAMLET, Warden, et al.,

    Respondents.               ORDER
_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 16, 2005 application for an enlargement of time is granted.

    2. On or before July 18, 2005, petitioner shall file either a statement that he will stand on his existing petition and supplemental points and authorities, or a motion for leave to amend accompanied by a proposed amended petition and, if appropriate, a motion for a stay pending exhaustion of additional claims.

DATED: June 20, 2005.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
john0892.ext2