**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**KEVIN B. JOHNSON**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN B. JOHNSON**, | |
| Petitioner, | CIV-S-04-0892 DFL DAD P |
| vs. | **ORDER** |
| **JIM HAMLET**, Warden, et al., | |
| Respondents. | |
| _____ / | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's August 27, 2005 application for a fourth enlargement of time is granted. On or before September 22, 2005, petitioner shall file either a statement that he will stand on his existing petition and supplemental points and authorities or a motion for leave to amend accompanied by a proposed amended petition containing exhausted claims only and, if appropriate, a motion for a stay pending exhaustion of additional claims.

DATED: August 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/john0892.ext4