IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,                    No. CIV S-04-0892 DFL DAD P

    vs.

JIM HAMLET, Warden, et al.,

    Respondents.                ORDER

/

        Petitioner is a state prisoner represented by appointed counsel. On December 28, 2004, the court granted petitioner's request for 150 days in which to file a motion for leave to amend and a proposed amended petition. Four extensions of time have been granted. By order filed August 30, 2005, petitioner was granted an extension to September 22, 2005, to file his motion or, in the alternative, a statement that he will proceed on his original pro se petition. The September 22, 2005 deadline has passed, and petitioner has not filed a motion for leave to amend, a statement that he will proceed on his original petition, or a request for a fifth extension of time.

        IT IS HEREBY ORDERED that:

        1. A status conference is set for December 2, 2005, at 10:00 a.m. in Courtroom #27;

1

2. On or before November 28, 2005, petitioner shall file and serve either

(a) a statement that petitioner will stand on his existing petition, together with any supplemental points and authorities petitioner wishes to offer in support of the existing petition;

or

(b) a motion for leave to amend, accompanied by a proposed amended petition;

3. At the status conference, the parties shall be prepared to discuss the scheduling of all further proceedings relative to petitioner's statement or motion; and

4. Any party may appear at the status conference telephonically upon making proper arrangements. To arrange telephonic appearance, a party shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, no later than 48 hours prior to the status conference.

DATED: October 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
john0892.ossc