IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,      No. CIV S-04-0892 DFL DAD P

    vs.

JIM HAMLET, Warden, et al.,

    Respondents.      <u>ORDER</u>

_____/

    This matter came before the court for a status conference on December 2, 2005. Judy Kaida appeared for respondents. No appearance was made by Victor Haltom, counsel for petitioner. In response to a telephone inquiry by court staff, counsel made an informal request for a new deadline to file an amended petition along with a declaration addressing his failure to comply with court orders. In the interests of justice, IT IS HEREBY ORDERED that on or before December 30, 2005, petitioner shall file and serve counsel's declaration together with a motion for leave to amend and a proposed amended petition; the motion shall be noticed for hearing before the undersigned and shall be briefed in accordance with Local Rule 78-230.

DATED: December 6, 2005.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13
john0892.oasc