IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,                   No. CIV S-04-0892 DFL DAD P

    vs.

JIM HAMLET, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner's counsel represented to the court by e-mail dated December 5, 2005, that he "completed a draft petition quite some time ago" and stated that he would like to submit the amended petition by December 30, 2005. Counsel proposed to submit the pleading on that date, along with an application and declaration requesting permission to file the petition out of time and addressing the reasons for his failure to appear at the December 2, 2005 status conference and failure to file the amended petition timely. The court issued an order on December 7, 2005, requiring petitioner's counsel to file and serve a declaration addressing his failure to comply with court orders together with a noticed motion for leave to amend and a proposed amended petition on or before December 30, 2005.

        Petitioner has filed only a Memorandum of Points and Authorities in Support of Amended Petition for Writ of Habeas Corpus.

IT IS ORDERED that:

1. Petitioner's memorandum filed December 30, 2005, is not responsive to the court's orders and will be disregarded;

2. On or before February 6, 2006, petitioner's counsel shall file and serve a declaration addressing (a) his failure to file, on or before September 22, 2005, a motion for leave to amend with a proposed amended petition or, in the alternative, a statement that petitioner will proceed on the original pro se petition; (b) his failure to appear at the status conference on December 2, 2005; and (c) his failure, on or before December 30, 2005, to file and serve a noticed motion for leave to amend with a proposed amended petition; and

3. On or before February 6, 2006, petitioner's counsel shall file and serve a noticed motion for leave to amend with a proposed amended petition.

DATED: January 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
john0892.decmot