IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,        No. CIV S-04-0892 DFL DAD P

    vs.

JIM HAMLET, Warden, et al.,

    Respondents.        ORDER

_____/

    Petitioner is a state prisoner proceeding in this case with appointed counsel. The matter came before the court on March 24, 2006, for hearing of petitioner's motion for leave to amend. Victor Haltom appeared for petitioner, and Judy Kaida appeared for respondents.

    Upon consideration of the parties' arguments in open court and the entire record, and for the reasons stated during the hearing, the undersigned denied the motion with leave to file a renewed motion.

    Accordingly, IT IS ORDERED that:

    1. Petitioner's February 6, 2006 motion for leave to amend is denied without prejudice;

    2. On or before March 31, 2006, petitioner shall file and serve a renewed motion for leave to amend, with a complete proposed amended petition attached to the motion as an

1 exhibit; the motion shall be noticed for hearing before the undersigned on June 9, 2006, at 10:00
2 a.m. in Courtroom #27;

3       3.  Respondents' opposition or statement of non-opposition to petitioner's
4 renewed motion shall be filed and served on or before May 19, 2006, and any reply shall be filed
5 and served by petitioner on or before June 2, 2006; if respondents' opposition or statement of
6 non-opposition is filed prior to May 19, 2006, either party may contact Pete Buzo, courtroom
7 deputy to the undersigned, at (916) 930-4128 to request that the hearing date be advanced;

8       4.  Any party may appear at the hearing of petitioner's renewed motion
9 telephonically upon making proper arrangements; to arrange telephonic appearance, a party shall
10 contact Pete Buzo at (916) 930-4128 no later than 48 hours prior to the hearing date.

11 DATED: March 24, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15 DAD:13
john0892.mtaden