IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,               No. CIV S-04-0892 MCE DAD P

    vs.

JIM HAMLET, et al.,

    Respondents.         <u>ORDER</u>

                                    /

          Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. An evidentiary hearing is set in this matter for May 4, 2009. On February 18, 2009, petitioner filed a request for an order transferring him "forthwith" from the Correctional Training Facility at Soledad, where he is currently housed, to the Sacramento County Jail, so that he can more easily meet with his counsel prior to the evidentiary hearing. Petitioner is advised that the court will arrange for him to be transferred to Sacramento several days in advance of the evidentiary hearing to secure his attendance at that hearing. Petitioner's request that the court order an earlier transfer will be denied.

/////

/////

/////

1

1     Good cause appearing, IT IS HEREBY ORDERED that petitioner's February 18,
2  2009 "Application for Order Directing the California Department of Corrections and
3  Rehabilitation to Transfer Petition to the Sacramento County Jail" is denied.
4  DATED: February 23, 2009.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
johnson892.o